## ANONYMOUS.

BRACKENRIDGE afked the direction of the court to exhibit a judgment for a penalty, in evidence to a jury of enquiry, whether land will extend or not.

PRESIDENT. This feems a ftrange motion. The feizure of land feems fomewhat analogous to a payment or tender. The court will not fuffer a plaintiff to receive more on a judgment, than is really due. And the queftion before the jury is, in what time the profits of the land will difcharge the debt really due. But we give no direction either way.

---

# ALLEGHENY COUNTY,

## March Term, 1792.

### PENNSYLVANIA v. MARGARET M'GILL and WILLIAM BOGGS.

INDICTMENT for a mifdemeanor. *Boggs* perfuaded *M'Gill* to fteal, and deliver to him, a conveyance for 100 acres of land executed by *Henry Shaver* to his fon and daughter. This land was part of a larger tract, of which *Shaver* had been poff-ff-d, under a location or a *Virginia* certificate. He intended this hundred acres as a provifion for his two children; and having fold the reft to *Boggs*, he conveyed the location or certificate to him, that he might take a patent for the whole in his name, and took an article or bond on *Boggs*, to convey this hundred acres to his children, after he obtained the patent for the whole. They were convicted.

The court fuggefted, that it might be ufeful, if *Boggs* having the title to this land, fhould before fentence, execute a conveyance to the fon and daughter of *Shaver*. He did fo—and judgment was given.